# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STANDARD FINANCIAL, L.L.C.                          NO.  2021 CW 0949

VERSUS

GARY COSTON                                         **NOVEMBER 5, 2021**

---

In Re:    Standard Financial, L.L.C., applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 695330.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT